AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Justin Dee Adams | ) ) ) ) ) ) ) |

Case: 1:22–mj–00219
Assigned To Magistrate Judge: Faruqui, Zia M.
Assign. Date : 10/7/2022
Description: Complaint w/ Arrest Warrant

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____ Justin Dee Adams _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds

2022.10.07
16:55:32 -04'00'

Date:     _10/07/2022_

_Issuing's signature_

City and state:     _Washington, D.C._     _Judge Zia M. Faruqui, U.S. Magistrate Judge_
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _10/07/22_ , and the person was arrested on _(date)_ _10/19/2022_<br>at _(city and state)_ _WEST JORDAN, UT_ .<br><br>Date: _10/19/22_<br><br>_Arresting officer's signature_<br><br>JENNIFER L. FAImUINA, TFO PBY<br>_Printed name and title_ |